Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number
Everett G. Bary, Jr., CSB #053119
Christopher B. Ghio, CSB #259094
MULVANEY, KAHAN & BARRY
401 West "A" St., 17th Floor
San Diego, CA 92101
TEL: (619)238-1010
FAX: (619)238-1981

Attorney for Creditor Union Bank, N.A. fka Union Bank of California, N.A.

FOR COURT USE ONLY

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: Herman Wayne Beavers and Lola Andrea Beavers

CHAPTER 13

CASE NUMBER 2:07-bk-18008-EC

Debtor.

(No Hearing Required)

## NOTICE OF MOTION UNDER LOCAL BANKRUPTCY RULE 9013-1(o) FOR:

RESTRICT PUBLIC ACCESS TO PROOF OF CLAIM

1. TO *(specify name)*: Herman Wayne Beavers, Lola Andrea Beavers, Rabin J. Pournazarian, Kathy A. Dockery, and United States Trustee (LA)

2. NOTICE IS HEREBY GIVEN that Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion filed by Movant, a brief description of which is contained in the Description of Relief Sought attached hereto and served and filed herewith. Said Motion is based upon the grounds set forth in the said Motion and accompanying Description of Relief Sought. Said Motion is made pursuant to Local Bankruptcy Rule 9013-1(o), which provides for granting of motions without a hearing. (Check appropriate box below):

   ☐ The full Motion is attached hereto.
   ☒ The full Motion has been filed with the Bankruptcy Court and a detailed description of the relief sought is attached hereto.

3. **Deadline for Opposition Papers and Request for a Hearing**: Pursuant to Local Bankruptcy Rule 9013-1(o), any party objecting to the accompanying Motion may file and serve a written objection and request a hearing of this Motion. If you fail to file a written response within fifteen (15) days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

Dated: August 6, 2009

MULVANEY, KAHAN & BARRY
Law Firm Name
By: *[signature]*

Date Notice Mailed: August 6, 2009

Name: Christopher B. Ghio
*Attorney for Movant*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

F 9013-1.2
F901312

| In re Herman Wayne Beavers and Lola Andrea Beavers | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NO.: 2:07-bk-18008-EC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
401 West "A" Street, 17th Floor
San Diego, CA 92101

A true and correct copy of the foregoing document described as <u>Notice of Motion to Restrict Public Access to Proof of Claim</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:
via U.S. mail

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

[ ] Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On August 6, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

[X] Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 6, 2009 | Stephanie C. Sandbeck | /s/ signature |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 9013-1.2

| In re Herman Wayne Beavers and Lola Andrea Beavers | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NO.: 2:07-bk-18008-EC |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**Debtor(s):**

**Herman Wayne Beavers:** 5406 Sitka Ct., Elk Grove, CA 95758

**Lola Andrea Beavers:** 5406 Sitka Ct., Elk Grove, CA 95758

**Attorney for Debtor(s):**

**Rabin J. Pournazarian:** 15760 Ventura Blvd., Ste. #1100, Encino, CA 91436

**Trustee:**

**Kathy A. Dockery:** 700 S. Flower Street, Suite 1950, Los Angeles, CA 90017

**United States Trustee:**

**United States Trustee (LA):** 725 S. Figueroa St., 26th Floor, Los Angeles, CA 90017

**Judge:**

**Hon. Ellen Carroll:** Edward R. Roybal Courthouse, 255 E. Temple St., Los Angeles 90012

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-1.2**

| In Re: Herman Wayne Beavers and Lola Andrea Beavers | CASE NUMBER: 2:07-bk-18008-EC |
|---|---|

## Description of Relief Sought:

Creditor Union Bank, N.A., formerly known as Union Bank of California, N.A. ("Bank") filed its Motion to Restrict Public Access to Proof of Claim ("Motion") in the above-referenced matter on or about August 6, 2009. Bank's Motion seeks to restrict public access to Proof of Claim No. 10, filed October 16, 2007 ("Proof of Claim") because the Proof of Claim inadvertenly contains information which should be redacted pursuant to Bankruptcy Rule of Procedure 9037.

BK-9000