Everett G. Barry, Jr., CSB #053119
Natalie D. Wilhelm, CSB #214008
Christopher B. Ghio, CSB #259094
MULVANEY, KAHAN & BARRY
401 West A Street, 17th Floor
San Diego, CA 92101-7994
Telephone: 619 238-1010
Facsimile: 619 238-1981

Attorneys for Creditor
Union Bank, N.A., formerly known as
Union Bank of California, N.A.

FILED & ENTERED

SEP 14 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES

| | |
|---|---|
| In re:<br>HERMAN WAYNE BEAVERS and LOLA ANDREA BEAVERS,<br>Debtor(s). | Case No: 2:07-bk-18008-EC<br><br>**ORDER GRANTING MOTION TO RESTRICT PUBLIC ACCESS TO PROOF OF CLAIM NUMBER 10** |

On August 6, 2009, Union Bank, N.A., ("Movant") filed a Motion to Restrict Public Access to Proof of Claim Number 10 (the "Motion"). Having reviewed the Motion and papers filed in support thereof, IT IS HEREBY ORDERED that

1.   The Motion is Granted ~~without need for a hearing~~; and

2.   The Court shall restrict public access to Proof of Claim Number 10.

### ###

DATED: September 14, 2009

*Ellen Carroll*
_____
United States Bankruptcy Judge

- 1 -

| In re: HERMAN WAYNE BEAVERS and LOLA ANDREA BEAVERS | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:07-bk-18008-EC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

The foregoing document described [PROPOSED] ORDER GRANTING MOTION TO RESTRICT PUBLIC ACCESS TO PROOF OF CLAIM NUMBER 10 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 24, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Ellen Carroll Smith
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Room 940
Los Angeles, CA 90012      ☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 24, 2009 | Louise Bailey | /s/ Louise Bailey |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-31.1**

- 2

| In re: HERMAN WAYNE BEAVERS and LOLA ANDREA BEAVERS   Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 2:07-bk-18008-EC |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

| | |
|---|---|
| **Rabin J. Pournazarian**<br>15760 Ventura Blvd., Ste. 1100<br>Encino, Ca 91436 | **Debtor's Attorney** |
| **Herman Wayne Beavers**<br>5406 Sitka Ct.<br>Elk Grove, CA 95758 | **Debtor** |
| **Lola Andrea Beavers**<br>5406 Sitka Ct.<br>Elk Grove, CA 95758 | **Joint Debtor** |
| **Kathy H. Dockery**<br>700 S. Flower Street, Suite 1950<br>Los Angeles, CA 90017 | **Trustee** |
| **United States Trustee**<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA 90017 | **U.S. Trustee** |
| **Honorable Ellen Carroll**<br>United States Bankruptcy Court - Central<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Room 940<br>Los Angeles, CA 90012 | **Judge** |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*   **F 9013-31.1**

| In re: HERMAN WAYNE BEAVERS and LOLA ANDREA BEAVERS | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:07-bk-18008-EC |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) [PROPOSED] ORDER GRANTING MOTION TO RESTRICT PUBLIC ACCESS TO PROOF OF CLAIM NUMBER 10 was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**See Following Page for Service List.**

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9021-1.1**

- 4 -

| In re: HERMAN WAYNE BEAVERS and LOLA ANDREA BEAVERS<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 2:07-bk-18008-EC |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF").<br><br>**Trustee**<br>**Kathy H. Dockery**<br>700 S. Flower Street, Suite 1950<br>Los Angeles, CA 90017<br><br>**U.S. Trustee**<br>**United States Trustee**<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA 90017<br><br>**Attorney for Debtor**<br>**Rabin J. Pournazarian**<br>15760 Ventura Blvd., Ste. 1100<br>Encino, Ca 91436<br><br>**Judge**<br>**Honorable Ellen Carroll**<br>United States Bankruptcy Court - Central<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Room 940<br>Los Angeles, CA 90012 | Category II (Served by Court via U.S. mail).<br><br>**Debtor**<br>**Herman Wayne Beavers**<br>5406 Sitka Ct.<br>Elk Grove, CA 95758<br><br>**Joint Debtor**<br>**Lola Andrea Beavers**<br>5406 Sitka Ct.<br>Elk Grove, CA 95758 |
|---|---|

Category III (To be served by the lodging party).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

- 5 -